IN THE UNITED STATES DISTICT COURT
FOR THE SOUTHERN DISTICT OF NEW YORK

ELISAH SKATES DIN# 12A0051
PLAINTIFF

V.

1. CAPTAIN WILLIAMS # 820
2. CORRECTION OFFICER LEWIS # 10536
3. CORRECTION OFFICER OTHMAN # 18683
4. CORRECTION OFFICER SCOTT # UNKNOWN
5. PROBE TEAM [JOHN DOE'S]
6. CORRECTION DEPT. [JOHN DOE]
7. CORRECTION WARDEN OF A.M.K.C [JOHN DOE]

[ALL DEFENDANTS ARE BEING SUED IN THEIR INDIVIDUALLY AND IN THEIR FULL OFFICIAL CAPACITIES]

COMPLAINT
UNDER THE CIVIL RIGHTS ACT
42 U.S.C. § 1983
[PRISONER COMPLAINT]

"JURY TRIAL IS DEMAND"

JUL 25 2014
PRO SE OFFICE

## I. COMPLAINT

1. PLAINTIFF, ELISAH SKATES, IS PRO-SE AT THIS TIME IN THIS COMPLAINT STATE AS FOLLOWS:

## II. JURISDICTION AND PARTIES

2. PLAINTIFF ELISAH SKATES, WAS CONFINED IN THE N.Y.C. JAIL LOCATED AT: RIKERS ISLAND C/F ANNA M. KROSS CENTER [A.M.K.C OR C-95], 18-18 HAZEN STREET EAST ELMHURST NY 11370, FROM SEPTEMBER 15TH 2010 TO FEBRUARY 08, 2012 PLAINTIFF IS CURRENTLY CONFINED AT: GREAT MEADOW C/F BOX 51, COMSTOCK NY 12821-0051

3. PLAINTIFF ELISAH SKATES IS AND WAS AT ALL TIMES MENTIONED HEREIN AN ADULT CITIZEN OF THE U.S. AND A RESIDENT OF THE STATE OF N.Y.

4. DEFENDANT, WILLIAMS #820, IS EMPLOYED AS A CORRECTION CAPTAIN AT ANNA M. KROSS CENTER OF RIKERS ISLAND C/F

5. DEFENDANT, LEWIS #10536, IS EMPLOYED AS A CORRECTION OFFICER AT ANNA M KROSS CENTER OF RIKERS ISLAND C/F

6. DEFENDANT, OTHMAN #18683, IS EMPLOYED AS A CORRECTION OFFICER AT ANNA M. KROSS CENTER OF RIKERS ISLAND C/F

7. DEFENDANT, SCOTT # UNKNOWN, IS EMPLOYED AS A CORRECTION OFFICER AT ANNA M KROSS CENTER OF RIKERS ISLAND C/F

8. DEFENDANT(S), [JOHN DOE'S] - PROBE TEAM, IS EMPLOYED AS CORRECTION OFFICALS AT ANNA M. KROSS CENTER OF RIKERS ISLAND C/F

9. DEFENDANT, [JOHN DOE] - DISCIPLINARY H/O, IS EMPLOYED AS CORRECTION OFFICER AT ANNA M. KROSS CENTER OF RIKERS ISLAND C/F

10. DEFENDANT, [JOHN DOE], IS EMPLOYED AS CORRECTION DEPT AT ANNA M. KROSS CENTER OF RIKERS ISLAND C/F

11. DEFENDANT [JOHN DOE] IS EMPLOYED AS CORRECTION WARDEN OF ANNA M. KROSS CENTER OF RIKERS ISLAND C/F AT TIMES OF EVENTS

12. THIS ACTION ARISES UNDER AND IS BROUGHT PURSUANT TO 42 42 U.S.C SECTION 1983 TO REMEDY THE DEPRIVATION, UNDER COLOR OF ~~[illegible]~~, STATE LAW, OF RIGHTS GUARANTEED BY THE 8TH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION. THIS COURT HAS JURISDICTION OVER THIS ACTION PURSUANT TO 28 U.S.C § 1331

13. PLAINTIFF CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTIONS 2283 AND 2284 AND Rule 65 OF THE Federal Rules OF CIVIL PROCEDURE.

14. THIS CAUSE OF ACTION AROSE IN THE SOUTHERN DISTRICT OF NEW YORK. THEREFORE, VENUE IS PROPER UNDER 28 U.S.C. SECTION 1391(B)

## III. PREVIOUS LAWSUITS BY PLAINTIFF

15. PLAINTIFF HAS FILED NO OTHER LAWSUITS DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO HIS IMPRISONMENT

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

16. I USED THE INMATE GRIEVANCE PROCEDURE IN THIS INSTITUTION AT EVENT TO TRY TO SOLVE MY PROBLEM ON: OCT 3RD, 2011, I PRESENTED THE FACTS RELATING TO MY COMPLAINT IN THE NYC INMATE GRIEVANCE PROCEDURE

17. As stated: I was Assaulted By CORRECTION CAPT. Williams #820, AND C/O'S Lewis # 10536 And OTHMAN # 18683 As well As By unknown correctional officer Probe Team.

## V. STATEMENT OF CLAIM

18. AT ALL RELEVANT TIMES HEREIN, DEFENDANTS WERE "PERSONS" FOR PURPOSES OF 42 USC SECTION 1983 AND ACTED UNDER Color OF Law TO DEPRIVE PLAINTIFF OF HIS CONSTITUTIONAL RIGHTS, AS SET FORTH MORE Fully below.

D. Facts: PLEASE SEE ATT PGS

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

**III. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

PLEASE SEE ATT PGS

**IV. Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

18 A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ____

19 If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). RIKERS ISLAND C/F A.M.K.C' PEN#8

20 B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ____ Do Not Know ____

21 C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ✓ Do Not Know ____

If YES, which claim(s)? ____

22 D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

23 E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? AT A.M.K.C

24 1. Which claim(s) in this complaint did you grieve? THE BATTERY (ASSAULT)

25 2. What was the result, if any? (SEE ATT)

26 3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I APPEAL TO NYC, CORC, BUT I WAS SENT TO A STATE PRISON THREE AFTER

27 F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: N/A

28 2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: N|A

29 G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I ALSO SPOKE WITH SOMEONE FROM I.G. WITH IN NYC, THEY TOOK INFORMATION AND PICTURES OF ME

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

30 **V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). (PLEASE SEE ATT)

31 **VI. Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

32 B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff N/A

Defendants N/A

2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket or Index number ______

4. Name of Judge assigned to your case ______

5. Approximate date of filing lawsuit ______

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______

33

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff N/A

Defendants ______

2. Court (if federal court, name the district; if state court, name the county) ______

3. Docket or Index number ______

4. Name of Judge assigned to your case ______

5. Approximate date of filing lawsuit ______

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______

## VI. STATEMENT OF FACTS

34. ON AUG 02ND, 2011, PLAINTIFF WAS HOSPITALIZED AFTER BEING A VICTIM OF A BATTERY AND ASSAULT ATTACK BY DEFENDANTS [WILLIAMS] [LEWIS] [OTHMAN] [SCOTT] [PROBE TEAM] AND [DEPT. JOHN DOE] WHILE BEING HELD AS A PRE TRIAL DETAINEE AT RIKERS ISLAND C/F

35. ON AUG 02ND, 2011 ALL NAMED DEFENDANT IN LINE (19) CAME INTO MODULAR 12 (A) SIDE (OR MOD 12(AS)) AND REQUESTED THAT I AND TWO OTHER DETAINEE'S PLACE OUR HAND'S ON OUR BACK TO BE CUFF

36. PLAINTIFF WATCH OFFICER AT THE TIME [JOHN DOE] ASKED [WILLIAMS] WERE AND WHY HER WATCH IS BEING TAKING OUT THE AREA. [WILLIAMS] HAD NO ANSWER TO HER QUESTION, SO I DID NOT FOLLOW HIS ORDER.

37. THEREAFTER A FEMALE CAPTAIN (JOHN DOE) CAME TO ME AND ESCORTED ME ME OUT SIDE OF [MOD 12(A)], AND TOLD ME THAT THEY WAS SENT HERE TO HANDLE A PROBLEM, AND I CANT GO TO INTAKE WITHOUT BEING CUFF PLAINTIFF ASKED IF HE WAS THE "PROBLEM", [JOHN DOE] STATED [WILLIAMS] PICKED YOU.

38. PLAINTIFF ALLOWED [CAPT JOHN DOE] TO PLACE HER CUFF ON HIM, THEN [WILLIAMS] AND [THE OTHER DEFENDENTS (LINE 19) CAME OUT OF [MOD 12] WITH THE OTHER TWO DETAINEES IN HANDCUFF. THEN [WILLIAMS] CAME TO PLAINTIFF AND PLACED PLASTIC HANDCUFF AND TOOK OFF THE OTHER CUFF. [WILLIAMS] HAD PLACE THESE CUFF VERY TIGHT AND PLAINTIFF MADE [WILLIAMS] AWARE OF THIS AND THERE WAS NO CHANGE

39. ~~34~~. AS NAMED DEFENDANTS IN (LINE 19) WAS ESCORTING PLAINTIFF AND THE OTHER TWO DETAINEE'S AT THE TIMES OF EVENTS, WE ALL WAS STOPPED BY [DEPT. JOHN DOE] WHO ADDRESS ME, SPEAKING VERY BELLIGERENT BOISTEROUS TOWARDS ME [AND MY MENTAL STATE, RACE] THEN STATED "YOU BETTER HOPE YOU END UP AND MAKE IT TO THE HOSPITAL TO NIGHT"

40. ~~35~~. THERE AFTER LEAVING [DEPT JOHN DOE] INFRONT OF THE "LAW LIBRARY" AREA WE ALL REACH THE MAIN INTAKE AREA OF [A.M.K.C.], WERE WE ALL MET [SCOTT] WHO HAD MAIN INTAKE POST AT THE TIME OF EVENTS, HAD OPEN PEN'S [EIGHT] SHOWER ROOM AS REQUESTED BY [WILLIAMS]

41. ~~36~~. DEFENDANTS [WILLIAMS] [LEWIS] [SCOTT] AND [OHTMAN] HAD FORCED PLAINTIFF INSIDE OF PEN#8 THEN MERCILESSLY BEAT PLAINTIFF.

42. ~~37~~. DEFENDANTS [PROBE TEAM] HAD THEN FORCED THE TWO OTHER DETAINEE'S INSIDE OF PEN#8 WERE [WILLIAMS] HAD THE REQUEST THEY WATCH PLAINTIFF GET BEATING AGAIN.

43. ~~38~~. THEREAFTER ALL DEFENDANTS IN THE ABOVE TWO LINES HAD MERCILESSLY BEATENT PLAINTIFF AGAIN AND THE DETAINEES AT THE SAME TIME

44. ~~39~~. ABOVE DEFENDANTS HAD BRUTALLY ATTACK PLAINTIFF WITH CLOSED FIST OPEN HANDS, BOOTS, THEY SLAMED PLAINTIFF FROM WALL TO WALL AND DRAG HIM AROUND THE FLOOR, THEY USED WEAPONS SUCH AS PROBE TEAM GEAR AND THEIR WALKIE TALKIES

45
30. AS A RESULT OF THE HORRIBLE EXPERIENCES, PLAINTIFF SUFFERED " BROKEN NOSE, DEEP LACERATION TO LEFT AND RIGHT WRIST FROM HAND CUFF [STILL VISIBLE], TWO SWOLLEN BLACK EYES, TWO DEEP LACERATION TO EYE BROW THAT REQUIRED (6) SUTURES, HEAD TRAUMA - , INJURIES TO BOTH EAR DRUMS TO THE POINT THAT PLAINTIFF IS NOW WEARING TWO HEARING AIDS, INJURY TO BACK, NECK, RIBE CAGE, RIGHT LEG, AND KNEEN, CHEST AREA AND LOWER AREA [RE-INJURY TO HERNIA], NEW INJURY " VARICOCELE TO RIGHT TESTESTIC

46
31. AFTER DEFENDANTS HAD FINISHED THIER ATTACK THEY HAD LEFT PLAINTIFF INSIDE OF PEN #8 UNCONSCIOUS, AND BLEEDING HAVING A ASTMA ATTACK UNKNOWING TO ME [TOLD BY WITNESS]

47
32. AS TOLD BY THE VICTIMS [AS WELL AS WITNESS] THEY WERE BANGING ON PEN #8 CELL DOOR WHEN A FEMALE DEPT [JOHN DOE] HEARD AND REQUEST [SCOTT] TO OPEN PEN #8. THEREAFTER MEDICAL STAFF WAS CALLED AND I WAS TAKEN TO THE HOSPITAL BY EMS AFTER BEING AWAKING.

48
33. DEFENDANTS #1, #2, #3 #4, #5 DELAY, IGNORED AND INTERFERED WITH ACCESS TO TREATMENT [BY REFUSING] TO PROVIDE AND TREAT THE KNOWN SERIOUS HEALTH CONDITIONS THEY PUT PLAINTIFF IN.

49
34. DEFENDANTS #5 (JOHN DOE'S) FAILED TO PROTECT PLAINTIFF FROM THEIR CO-WORKER'S ASSAULTS AND BATTERY AS THEY HAVE A DUTY TO DO SUCH

50
35. DEFENDANT #1 TO #5 AND #6 SHOWED DISCRIMINATION ON THE BASIS OF PLAINTIFF DISABILITY [MENTALLY] AND [RACE] IN WHICH THEY VIOLATED HIS EQUAL PROTECTION CLAUSE

51
36. DEFENDANT [ # II ] HAD FAILED TO PROPERLY TRAIN AND MANAGE HIS CORRECTION OFFICER'S AND FAILURE TO ADEQUATELY SUPERVISE AND PROTECT PLAINTIFF FROM THE ACTS COMPLAINED OF CAUSED THE DEPRIVATION OF PLAINTIFF'S RIGHTS

## VII. PRAYER FOR RELIEF

52
37. PLAINTIFF IS SEEKING COMPENSATORY DAMAGES IN THE AMOUNT OF $300,000,000.00, THREE HUNDREND MILLION DOLLORS, AS A RESULT OF DEFENDENTS INTENTION TO CAUSE PHYSICAL HARM AND CAUSE ACTUAL INJURY'S

53
38. PLAINTIFF IS SEEKING PUNITIVE DAMAGES IN THE AMOUNT OF $600,000.00 SIX HUNDREND DOLLORS, FROM EACH DEFENDANTS UNLAWFUL BEHAVIER TO CAUSE HARM TO PLAINTIFF WITH NO LEGITIMATE REASON ACTING WITH RECKLESS-NESS AND DECEITFULLNESS WITH A WILLFULLNESS TO DISREGARD PLAINTIFF RIGHTS

54
39. DISCRETION DAMAGES AS A RESULT OF PAIN AND SUFFERING AND MENTAL ANGUISH

55
40. PLAINTIFF IS SEEKING FUTURE DAMAGE IN THE AMOUNT OF $60,000,000.00 SIXTHY MILLION DOLLORS, DUE TO INJURY'S THAT PROJECT AND WILL EFFECTS PLAINTIFF REDUCING PLAINTIFF ABILITY TO FUCTION

56
42. PLAINTIFF IS SEEKING TREBLE AS WELL AS HEDONIC DAMAGES

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 22 day of July, 2014.

Signature of Plaintiff [signature]

Inmate Number ELISAH SKATES 12A0551

Institution Address GREAT MEADOW C/F

P.O. BOX 51

COMSTOCK

NY 12821-0051

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 22 day of July, 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]

ELISAH SKATES PRO-SE